IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 115,448

In the Matter of ALLISON L. BERGMAN,
*Petitioner.*

ORDER OF REINSTATEMENT

On October 28, 2016, this court indefinitely suspended Allison L. Bergman's Kansas law license under Supreme Court Rule 225(a)(2) (2025 Kan. S. Ct. R. at 274) (formerly Rule 203). The court further instructed that if Bergman petitions for reinstatement of her license under Supreme Court Rule 232(b) (2025 Kan. S. Ct. R. at 286) (formerly Supreme Court Rule 219[b]), she must undergo a reinstatement hearing "unless she has been released from probation in Missouri." See *In re Bergman*, 305 Kan, 429, 444, 382 P.3d 455 (2016).

On May 28, 2025, Bergman filed a petition for reinstatement under Rule 232(b) (2025 Kan. S. Ct. R. at 286). Bergman attached to her petition proof of her completion of her Missouri probation, so she asks that the court not order a reinstatement hearing. Berman also requests that the court waive the remaining hours of continuing legal education (CLE) Bergman owes to be fully compliant with all CLE requirements. See Supreme Court Rule 812(b), (c) (outlining CLE requirements for reinstatement following a suspension of more than one year unless waived or modified by order of this court) (2025 Kan. S. Ct. R. at 601).

As required under Rule 232(c), the Office of the Disciplinary Administrator (ODA) certified that Bergman fully complied with her obligations under Rule 232(b). The ODA further certifies that considering the gravity of Bergman's misconduct leading to the suspension, the ODA believes sufficient time has elapsed to justify the court's reconsideration of the suspension. Given that Bergman successfully completed her

1

Missouri probation, the ODA recommends the court reinstate Bergman's law license without a reinstatement hearing. The ODA takes no position on Bergman's request to waive the remaining CLE requirements.

The court grants Bergman's petition for reinstatement and reinstates Bergman's Kansas law license. The court denies Bergman's request to waive her remaining CLE requirements.

The court orders Bergman to satisfy all administrative requirements for reinstatement, including the completion of all outstanding CLE requirements and payment of any outstanding attorney registration fees to the Office of Judicial Administration (OJA). The court directs that once OJA receives proof of Bergman's completion of those administrative requirements for reinstatement, OJA must add Bergman's name to the roster of attorneys actively engaged in the practice of law in Kansas.

Finally, the court orders the publication of this order in the official Kansas Reports and the assessment of any remaining costs herein to Bergman.

Dated this 20th day of June 2025.